| | |
|---|---|
| 1<br>2<br>3<br>4 | McGREGOR W. SCOTT<br>United States Attorney<br>S. ROBERT TICE-RASKIN<br>Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone (916) 554-2738 |

**FILED**

MAY 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:08 - SW - 0181  GGH

IN THE MATTER OF THE SEARCH  )   Case No. _____
OF: SEALED                   )
                             )
                             )
_____)

SEALING ORDER

Upon Application of the United States of America and good cause having being shown therefor,

IT IS HEREBY ORDERED that ~~documents in the above referenced case~~ the search warrant application, affidavit only copy shall be sealed until further order of the Court.

DATED: May 13, 2008

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge