IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of | 08-SW- 0181 GGH |
| 1085 Gray Avenue, Yuba City, CA | <u>SUPPLEMENTAL INTERIM ORDER</u> |
| _____/ | |

The court supplements its Interim Order issued in connection with the search warrants issued under the above number (and any related number) as follows:

If computers or other electronic information storage devices are searched on the premises by the taking of a digital mirror image, no further review of that mirror image shall take place absent further order of the court, issued after the United States brings on the hearing contemplated by the Interim Order;

If computers or other electronic storage devices are taken off premises, no review of the contents of those computers/ devices may take place, except the taking of a digital mirror image of the device, absent further order of the court, issued after the United States brings on the hearing contemplated by the Interim Order.

DATED: 05/16/08               /s/ Gregory G. Hollows
                              _____
                              United States Magistrate Judge

SW181.ord

1