1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2738





MAY 23 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>3663 Nuestro Road<br>Yuba City, CA<br>(and other locations) | Case. Nos. 08-SW-180, 181, 183<br>184 GGH<br><br>STIPULATION REGARDING<br>HEARING DATE; [~~PROPOSED~~] ORDER<br><br>DATE: 6/5/08<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Mag. Judge<br>       G.G. Hollows |

**STIPULATION**

Plaintiff United States of America, by and through its counsel, and Dr. Arjinderpal Sekhon, by and through his counsel, hereby stipulate as follows:

1. By order dated May 13, 2008, the Court requested the United States to notice a hearing within two weeks of the search/seizures at issue in which further logistics of document review would be authorized, with service of notice to be made to Dr. Arjinderpal Sekhon or his counsel.

2. Search warrants were executed at the captioned location

1

and other locations on May 14-15, 2008.

3. Mr. Griffin, counsel for Dr. Sekhon, is unavailable the remainder of this week. Counsel also has urgent family business which necessitates out-of-state travel tentatively from May 27 through on or about June 2, 2008. In light of this, counsel for Dr. Sekhon requests that this matter be set for hearing on June 5, 2008 at 2:00 p.m. (a date and time which are available according to Courtroom Deputy V. Callen).

4. The United States does not oppose this request.

IT IS SO STIPULATED.

DATED: 23 May 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/ S. Robert Tice-Raskin
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

DATED: 23 May 2008

By: /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III.
Attorney for
Dr. Arjinderpal Sekhon
(Signature per telephonic authorization)

**ORDER**

Based on the stipulation of the parties, the hearing contemplated by the Interim Order shall be scheduled for June 5, 2008 at 2:00 p.m. IT IS SO ORDERED.

DATED: May 23, 2008

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
U.S. Magistrate Judge