1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2738



JUN  6 2008



5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 In the Matter of the Search  )
   of                            )
12                               )    Case. Nos. 08-SW-180, 181, 183
                                 )               184 GGH
13 3663 Nuestro Road             )
   Yuba City, CA                 )    [PROPOSED] PROTECTIVE ORDER
14 (and other locations)         )
                                 )
15                               )
                                 )
16 _____)

17      The Court, having considered the position of the United States,
18 by and through its counsel, AUSA S. Robert Tice-Raskin, and Dr.
19 Arjinderpal Sekhon, by and through his counsel, Johnny L. Griffin,
20 III, and finding good cause, hereby ORDERS as follows:
21      1.   The United States, and its agents, may have access to and
22           take possession of all potentially medically-privileged
23           documents seized in connection with the above-noted
24           searches and currently in the custody of the Court.
25      2.   These documents can be utilized by government attorneys
26           and agents assigned to or supervising this investigation
27           or any prosecution related thereto, as well as any duly
28           impaneled grand jury connected with this investigation or

1

1 | any prosecution related thereto; otherwise, these documents will not be disseminated outside of the custody of the noted government attorneys/agents or Grand Jury until further order of this or another Court of this District.

3. Neither the United States, Dr. Arjinderpal Sekhon, nor any agent of the same, shall contact any patients delineated on Attachment B to the warrants regarding this investigation until further order of this Court.

DATED: 6 June 2008

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
U.S. Magistrate Judge

Approved as to form:

*/s/ S. Robert Tice-Raskin*
S. ROBERT TICE-RASKIN
Asst. United States Attorney

Approved as to form:

*/s/ Johnny L. Griffin, III*
JOHNNY L. GRIFFIN, III
Attorney for
Dr. Arjinderpal Sekhon

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such 6, 2008, she served a copy of the attached **[PROPOSED] PROTECTIVE ORDER** by facsimile said copy addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es).

Served By FAX:
JOHNNY L. GRIFFIN, III, ESQ.
1010 F STREET, SUITE 200
SACRAMENTO, CA   95814
(916) 444-5558

GWEN LINCOLN