McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>3663 Nuestro Road<br>Yuba City, CA<br>(and other locations) | Case. Nos. 08-SW-180, 181, 183<br>184 GGH<br><br>STIPULATION REGARDING<br>DOCUMENT REVIEW; ORDER<br><br>JUDGE: Hon. Mag. Judge<br>G.G. Hollows |

**STIPULATION**

Plaintiff United States of America, by and through its counsel, and Dr. Arjinderpal Sekhon, by and through his counsel, hereby stipulate as follows:

1. On June 5, 2008, the Court ordered defense counsel to conduct a review of potentially attorney-client privileged documents for this matter prior to June 30, 2008, and to present Government taint counsel with a privilege log related thereto.  The Court also ordered Government taint counsel to conduct its review of the documents identified as potentially privileged by the defense and for both parties to file a joint status report outlining what

1

|    |    |
|---|---|
| 1  | documents are in dispute, all within 10 days from June 30, |
| 2  | 2008.  By previous stipulation, this final deadline was |
| 3  | extended to July 24, 2008. |
| 4  | 2. Both defense counsel and Government taint counsel have |
| 5  | completed their respective reviews.  They have also met |
| 6  | and conferred and are in the process of preparing the |
| 7  | contemplated joint submission.  In light of the scheduling |
| 8  | commitments of counsel, it is believed that counsel need |
| 9  | an additional week to complete the joint submission, and |
| 10 | request an extension of time through July 31, 2008 for |
| 11 | this purpose. |

IT IS SO STIPULATED.

DATED: 23 July 2008                          McGREGOR W. SCOTT
                                             United States Attorney

                                     By:  /s/ Tice-Raskin
                                          S. ROBERT TICE-RASKIN
                                          Assistant U.S. Attorney

DATED: 23 July 2008

                                     By:  /s/ Tice-Raskin for
                                          JOHNNY L. GRIFFIN, III.
                                          Attorney for
                                          Dr. Arjinderpal Sekhon
                                          (Signature per telephonic
                                          authorization)

**ORDER**

IT IS SO ORDERED.

DATED:07/25/08                               /s/ Gregory G. Hollows
                                             _____
                                             GREGORY G. HOLLOWS
                                             U.S. Magistrate Judge

08sw180.ord