| | |
|---|---|
| 1   McGREGOR W. SCOTT<br>    United States Attorney<br>2   S. ROBERT TICE-RASKIN<br>    MATTHEW SEGAL<br>3   Assistant U.S. Attorneys<br>    501 "I" Street, Suite 10-100<br>4   Sacramento, California  95814<br>    Telephone: (916) 554-2738 | <br> |

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

11  In the Matter of the Search    )
                                   )   Case. Nos. 08-SW-180, 181, 183
12                                 )              184 GGH
    3663 Nuestro Road              )
13  Yuba City, CA                  )   MOTION TO UNSEAL SEARCH WARRANT
    (and other locations)          )   AFFIDAVITS/APPLICATIONS;
14                                 )   [PROPOSED] ORDER
                                   )
15                                 )
    _____)
16

17                              **MOTION**

18       Between May 13-15, 2008, this Court issued search warrants for

19  each captioned matter, and sealed the applications/affidavits for

20  each search warrant.  (These warrants were filed on May 14-15,

21  2008).  On June 6, 2008, the Court authorized an additional search

22  in connection with Case No. 08-SW-180 and sealed the attachment C to

23  the Ex Parte Application related thereto (Ex Parte Application For

24  Order Authorizing Additional Search, filed June 11, 2008).

25  Presently, the warrants and authorized searches have been completed,

26  the subjects have been indicted, and there is no longer cause for

27  these documents to remain sealed.  Accordingly, the Government

28  //

1  respectfully requests that each of the noted sealed documents be
2  unsealed.
3  DATED: October 4, 2008.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: _____
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

**ORDER**

Upon motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents be UNSEALED:

(1) the application/affidavit for each search warrant in Case Nos. 08-SW-180, 181, 183, 184 GGH

(2) Attachment C to the Ex Parte Application For Order Authorizing Additional Search, filed June 11, 2008, in Case No. 08-SW-180 GGH

Date: October 21, 2008

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge